# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

YVETTE DAVID PACACCIO,
INDIVIDUALLY AND AS AGENT
FOR BRENDAN JOSEPH DAVID

NO.   2020 CW 1124

VERSUS

STEVEN P. HOOVER, MELANIE P.
HOOVER, EDWIN HOOVER, AND
PEGGY HOOVER

**DECEMBER 30, 2020**

In Re:   Yvette Pacaccio, individually as as agent for Brendan Joseph David, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2020-0001195.

BEFORE:   **GUIDRY, HIGGINBOTHAM, AND LANIER, JJ.**

**WRIT GRANTED.**   The relator, Yvette David Pacaccio's, individual claims for recovery in this matter are based on a single occurrence or set of operative facts. The trial court's September 21, 2020 judgment partially granting the respondents' peremptory exception of no right of action did not dismiss all of the relator's individual claims, and therefore, the judgment constitutes an impermissible partial judgment. See **State, by & through Caldwell v. Astra Zeneca AB**, 2016-1073 (La. App. 1st Cir. 4/11/18), 249 So.3d 38, 43, (en banc) writs denied, 2018-00766, 2018-0758 (La. 9/21/18), 252 So.3d 899, 904. Accordingly, we reverse the portion of the trial court's judgment granting the respondents' peremptory exception of no right of action as to the relator's loss of consortium, services and society claims, and deny the exception.

**JMG**
**TMH**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT